IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SANDRA D. BURTON, ) | |
| ) | |
| Plaintiff, ) | Civil No. 05-1329-PK |
| ) | |
| v. ) | <u>O R D E R</u> |
| ) | |
| COMMISSIONER, SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

Karen Stolzberg
Attorney at Law
11830 S.W. Kerr Parkway, #315
Lake Oswego, OR 97035

   Attorney for Plaintiff

Michael McGaughran
Nancy A. Mishalanie
SOCIAL SECURITY ADMINISTRATION
Office of the General Counsel
701 Fifth Avenue, Suite 2900
M/S 901
Seattle, WA 98104

Neil J. Evans
UNITED STATES ATTORNEY'S OFFICE
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902

    Attorneys for Defendant

JONES, Judge:

    Magistrate Judge Paul Papak filed Findings and Recommendation (#27) on December 14, 2006, in the above-entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

    Accordingly, I ADOPT Magistrate Judge Papak's Findings and Recommendation (#27) dated December 14, 2006, in its entirety. The Commissioner's motion (#19) for remand is denied. The Commissioner's decision is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) for calculation and award of benefits.

    IT IS SO ORDERED.

    DATED this _8th_ day of January, 2007.

                                   /s/ Robert E. Jones
                                   ROBERT E. JONES
                                   United States District Judge