**KAREN STOLZBERG**, OSB #83092
kstolzberg@juno.com
11830 SW Kerr Parkway, #315
Lake Oswego, Oregon 97035
Telephone: (503) 251-0707
Fax: (503 251-0708
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **SANDRA D. BURTON** | Civil No.: CV 05 – 1329 PK |
| Plaintiff, | |
| vs. | ORDER REGARDING FEES PURSUANT TO THE EQUAL ACCESS FOR JUSTICE ACT (EAJA) |
| **LINDA S. McMAHON**<br>Acting Commissioner,<br>Social Security Administration, | |
| Defendant. | |

Based upon a review of the file herein, and noting the stipulation of the parties, it is hereby ORDERED that the plaintiff, SANDRA D. BURTON, on behalf of her attorney, Karen Stolzberg, is hereby entitled to an award of fees under the EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 et. seq., in the amount of $7499.99.

DATED this 7th day of Feb, 2007

ORDER RE: EAJA FEES
PAGE 1

_____
UNITED STATES DISTRICT JUDGE

Presented by:

_____/s/_____
KAREN STOLZBERG
Attorney for Plaintiff
Sandra D. Burton

ORDER RE: EAJA FEES
PAGE 2